**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 1:18-cr-10074-1-STA** |
| ) | |
| **BRANDON WALLACE,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER ON MOTION TO RESET HEARING
ON MOTION TO WITHDRAW AND NOTICE OF RESETTING**

THIS cause came on to be heard before the Honorable S. Thomas Anderson, Chief

United States District Judge for the Western District of Tennessee upon Motion of the

Defendant to reset Hearing on Motion to Withdraw.

It is THEREFORE ORDERED, ADJUDGED, and DECREED that the Hearing on Motion

to Withdraw has been rescheduled to **Friday, May 10, 2019 at 9:00a.m.**

This the 5th day of April, 2019.

s/S. Thomas Anderson
Honorable S. Thomas Anderson
Chief United States District Judge
